(May 30, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FRANK S. GAROFALO, Respondent.—Motion by appellant for reargument and reconsideration of decision dated July 26, 1979 [71 AD2d 782] granted. Order entered August 8, 1979 vacated. Upon reargument, we adhere to our original determination dismissing the People's appeal. Mahoney, P. J., Sweeney, Kane and Staley, Jr., JJ., concur. Herlihy, J., concurs in the granting of

reargument but votes to reverse the order appealed from for the reasons stated in his dissenting opinion dated July 26, 1979 [71 AD2d 782, 783].